UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALTA VISTA PRODUCTIONS, LLC, and ALTA VISTA PRODUCTIONS INC. | * * * | Civil Action No. 10-1948 |
| versus | * * | Section: "S" |
| ST. PAUL FIRE & MARINE INSURANCE COMPANY | * * * * | JUDGE LEMMON MAGISTRATE KNOWLES |

* * * * * * * * * * * * * * * * * * *

**THE ST. PAUL FIRE & MARINE INSURANCE COMPANY'S
STATEMENT OF UNDISPUTED MATERIAL FACTS
IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Local Rule 56.1, Defendant The St. Paul Fire & Marine Insurance Company ("St. Paul") respectfully identifies the following undisputed material facts in support of its Motion for Partial Summary Judgment:

1. Alta Vista was involved in the production of <u>The Expendables</u>, a motion picture starring Jason Statham and Sylvester Stallone.[1]

2. St. Paul issued various types of insurance policies to Alta Vista in connection with the filming and production of <u>The Expendables</u>, including a Motion Picture Production Package Policy bearing policy number ENT1001593, with an effective period of February 5, 2009 through February 5, 2010 (the "Policy").[2]

3. The Policy includes "Principal Photography Cast Protection" that provides as follows:

---

[1] (*See, e.g.*, Alta Vista's Original Complaint, attached hereto as Ex. 1, at ¶¶ 6, 14, 24.)

[2] (Relevant excerpts of the Policy are attached hereto as Ex. 2; *see also* Ex. 1 at ¶¶ 6-7.)

1

**WHAT THIS AGREEMENT COVERS**
**Death, injury or sickness.**  We will pay for loss which you incur that results from any described artist who is prevented by their death, injury or sickness from commencing, continuing or completing their duties or performances in a covered production.[3]

4. The Policy contains an "Intentional acts or direction" exclusion that provides as follows:

**COMMON EXCLUSIONS – WHAT WE WILL NOT COVER**
**Intentional acts or direction.**  We will not cover loss directly or indirectly caused from your intentional acts or at your direction or with your knowledge.[4]

5. On March 16, 2009, approximately two weeks prior to the scheduled commencement of filming of The Expendables, Jason Statham was diagnosed with a lesion on his throat requiring medical treatment.[5]

6. Surgery to remove the lesion was performed without complication on March 24.[6]

7. After surgery was completed, Statham was put on strict voice rest pending the results of a pathology report.[7]

8. On April 1, 2009, after the pathology report revealed that the lesion was benign, Statham's doctors cleared him to travel to Brazil to begin filming.[8]

9. Filming in Brazil was scheduled to begin on April 6, 2009 and would continue for

---

[3] (*See* Ex. 2.)

[4] (*See* Ex. 2.)

[5] (*See, e.g.*, June 25, 2009 letter from Alta Vista Productions, LLC to Neil Gibson, attached hereto at Ex. 3, at ST. PAUL 000010.)

[6] (*See* March 24, 2009 email from Dr. Joseph Sugerman to Neil Gibson and Claude Forest, attached hereto as Ex. 8, at ST. PAUL 001499.)

[7] (*See id.*)

[8] (*See* April 1, 2009 letter from Dr. Gerald Berke to Dr. Joseph Sugerman, attached hereto Ex. 9, at ST. PAUL 000698-99; April 1, 2009 letter from Dr. Paula Schoen to Claude Forest, attached hereto as Ex. 10, at ST. PAUL 000507; April 2, 2009 letter from Dr. Joseph Sugerman to unknown recipient, attached hereto as Ex. 11, at ST. PAUL 000492.)

approximately three weeks, at which time filming would then shift to New Orleans for the remainder of the production.[9]

10.    Although Statham was scheduled to undergo a follow-up visit upon his return from Brazil on or around April 27, 2009, Statham's doctors expressed their collective belief that he would very likely be able to continue and complete filming in New Orleans as scheduled, without any additional delays.[10]

11.    Alta Vista understood that the "most likely outcome" of Statham's follow-up examination was that "there w[ould] be no further action or treatment required."[11]

12.    Even if further treatment was required, Statham's doctors stated that such treatment likely could have waited until Statham had completed filming of The Expendables.[12]

13.    Alta Vista understood that even if further treatment would be required, "it could most likely be postponed until after [Statham] had completed his services on the Picture."[13]

14.    On April 1, 2009, Alta Vista elected to build in a two-week delay in filming in between the end of filming in Brazil and the beginning of filming in New Orleans (hereafter, the "Two-Week Hiatus").[14]

15.    The opinions of Drs. Berke, Schoen and Sugerman were the only evidence Alta

---

[9] (See, e.g., Ex. 1 at ¶¶ 12, 13, 19.)

[10] (See Ex. 9 ("It is highly likely at that time that he should be able to continue with the remainder of his filming for the following six weeks without any additional intervention"); see also Exs. 10 and 11.)

[11] (See April 1, 2009 letter from Trevor Short to Claude Forest, attached hereto as Ex. 13, at ST. PAUL 00015 – 16.)

[12] (See Ex. 9 at ST. PAUL 000699.)

[13] (Ex. 13 at ST. PAUL 000016.)

[14] (Ex. 13, at ST. PAUL 00016.)

Vista relied upon in making its decision to declare the Two-Week Hiatus.[15]

16. Alta Vista made the decision to schedule the Two-Week Hiatus not on the basis of medical evidence demonstrating that Statham would be prevented from performing in New Orleans as scheduled, but instead as a precautionary measure "to cater for" the "highly unlikely," "worst case scenario" that Statham would be unable to continue filming as scheduled.[16]

17. Alta Vista declared the hiatus more than <u>three weeks before</u> Statham's scheduled follow-up visit would reveal whether any additional treatment was in fact necessary.[17]

18. On April 27, 2009, Statham's follow-up visit confirmed that no additional treatment was necessary.[18]

Respectfully submitted,

/s/*Ralph S. Hubbard III*
**Ralph S. Hubbard III, T.A., La. Bar No. 7040**
**Seth A. Schmeeckle, La. Bar No. 27076**
**Daniel Centner, La. Bar. No. 33055**
**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:   (504) 568-1990
Facsimile:   (504) 310-9195
e-mail:   rhubbard@lawla.com
    sschmeeckle@lawla.com
    dcentner@lawla.com

**ATTORNEYS FOR ST. PAUL FIRE & MARINE INSURANCE COMPANY**

---

[15] (*See* January 25, 2010 email from Trevor Short to Neil Gibson, attached hereto as Ex. 12, at ALT 00213 ("The only 'documented proof from physicians on his condition' that we did and do have access to, and upon which we had to rely in making our decision to impose the 'hiatus,' are the three medical reports which we submitted to the insurers in April 2009 . . . . The Production had to make its decisions regarding the filming of the picture based on the information available at the time as contained in the medical opinions attached.")

[16] (*See* Ex. 13 at ST. PAUL 000016.)

[17] (Ex. 13, at ST. PAUL 000016.)

[18] (*See* June 17, 2009 letter from Dr. Berke to Claude Forest, attached hereto as Ex. 14, at ST. PAUL 000033.)

4

**CERTIFICATE OF SERVICE**

      I hereby certify that on <u>20 May 2011</u> a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.